UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-MJ-1540

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | <u>ORDER FOR DISMISSAL</u> |
| | : | |
| RAKEEM SINCERE DOUGLAS | : | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Eastern District of North Carolina, hereby dismisses the Criminal Information, filed on June 21, 2012, based on the Defendant's prosecution and conviction for possession of a firearm by felon, on the same date of offense, in another jurisdiction.

Respectfully submitted this 18th day of September, 2014.

THOMAS G. WALKER
United States Attorney

<u>/s/ S. Katherine Burnette</u>
BY: S. KATHERINE BURNETTE
Assistant United States Attorney
United States Attorney's Office-EDNC
Criminal Division
310 New Bern Avenue
Suite 800
Raleigh, NC 27601
Telephone: (919) 856-4530
Fax: (919) 856-4487
E-mail: katherine.burnette@usdoj.gov
North Carolina State Bar No. 12455

Leave of Court is granted for the filing of the foregoing dismissal.

SO ORDERED. This 19 day of September 2014.

JAMES C. DEVER III
Chief United States District Judge